In the MATTER OF TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK et al., Respondents, against PAUL M. HERZOG et al., Constituting the New York State Labor Relations Board, Appellants.

In the MATTER OF NEW YORK STATE LABOR RELATIONS BOARD, Appellant, against TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK et al., Respondents.

Argued October 25, 1945; decided November 29, 1945.

*William E. Grady, Jr., Philip Feldblum* and *Jay C. Kramer* for appellant.

*Paul Windels, John Godfrey Saxe* and *Henry J. Kennedy* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, and DYE, JJ. Taking no part: MEDALIE, J.